IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00435-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     JOSE LEMOS-LAINES,
      a/k/a Omar Pena-Pena,
      a/k/a Omar Pena-Escobar,
      a/k/a Jose Louines,
      a/k/a Nolberto Pena,
      a/k/a Dennis Ramos,
      a/k/a Fredis Balencia-Escobar,
      a/k/a Jose Lainez,
      a/k/a Elias Vargas,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on September 20, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.     A Change of Plea hearing is set for **December 28, 2010,** at **9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for October 15, 2010, and the October

       18, 2010, trial date are **VACATED**.

Dated this 20th day of September, 2010.

                                             **BY THE COURT:**

                                             _Marcia S. Krieger_
                                             _____

                                             Marcia S. Krieger
                                             United States District Judge

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*